# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MARSHA AND KENNETH KLEIN, HUSBAND AND WIFE, | : No. 213 EAL 2014 |
| Respondents | : Petition for Allowance of Appeal from the : Order of the Superior Court |
| v. | : |
| CRAIG ARONCHICK, M.D. & PA. HOSPITAL GASTRO. ASSOCIATES, LTD.; PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA, | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.